UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| STACEY ROBICHAUD,        ) | Civil Action No. 1:14-00492-JDL |
|     Plaintiff,         ) | |
|                        ) | |
| v.                        ) | |
|                        ) | |
| CAROLYN W. COLVIN,        ) | |
| Acting Commissioner of Social Security,  ) | |
|     Defendant.        ) | |

ORDER

Pursuant to the power of this Court to award fees to a prevailing party other than the United States incurred by that party in a civil action against the United States, including proceedings for judicial review of agency action, under the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(A), and in light of this Court's April 17, 2015 Order reversing the Commissioner's decision and remanding this case to the Commissioner for further proceedings,

IT IS HEREBY ORDERED that the United States Social Security Administration shall pay attorney's fees in the amount of two thousand seven hundred twenty-eight dollars and eighty-five cents ($2,728.85) in full satisfaction of any and all attorney's fee claims Plaintiff may have in this case under the Equal Access to Justice Act.

Pursuant to the United States Supreme Court's ruling in <u>Astrue v. Ratliff</u>, 560 U.S. 586 (2010), these attorney's fees are payable to Plaintiff as the prevailing party, and are subject to offset through the Treasury Department's Offset Program to satisfy any pre-existing debt Plaintiff may owe to the government.  If, subsequent to the entry of this Order, the Commissioner determines that Plaintiff owes no debt to the government that would subject this award of attorney's fees to offset, the Commissioner may honor Plaintiff's November 13, 2014 signed assignment of EAJA fees providing for payment of the subject fees to Plaintiff's counsel,

rather than to Plaintiff. If, however, Plaintiff is discovered to owe the government any debt subject to offset, the Commissioner may pay any attorney's fees remaining after such offset to Plaintiff rather than to counsel.

SO ORDERED this 12th day of May, 2015.

                                        /s/ Jon D. Levy
                                        Jon D. Levy
                                        U.S. District Judge